COOLEY GODWARD LLP
PATRICK P. GUNN (172258) (pgunn@cooley.com)
THOMAS A. BATES (235878) (tbates@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
CAROLYN J. CLINE, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN J. CLINE, M.D., Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP A. TORRE, an individual and as Trustee of the Ardita Torre Trust,<br><br>Defendant. | No. C 05 3619 JSW<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR DECEMBER 9, 2005; [PROPOSED] ORDER THEREON** |

Plaintiff Carolyn Cline and Defendant Philip A. Torre hereby stipulate through their respective counsel as follows:

1. The initial Case Management Conference in this matter is set for Friday, December 9, at 1:30 p.m.

2. This is a straightforward action for breach of contract on a written security agreement.

3. Defendant Philip Torre has not yet filed an appearance.

4. Since the filing of the complaint, counsel for the parties have sought to negotiate a settlement that would fully and finally resolve this matter. To this end, the parties have

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

963818 v1/SF

1.

STIP. AND [PROPOSED] ORDER
NO. C 05 3619

exchanged information germane to settlement and settlement offers and demands. Based on these exchanges and discussions, Counsel are now optimistic that a final settlement can be concluded shortly, and in no event later than 30 days from today.

5.  To provide the parties with additional time needed to conclude a settlement, to conserve judicial resources, and to avoid unnecessary expenditure of attorneys' fees, the parties respectfully request that the case management conference in this matter be continued for 30 days to a date convenient to the Court.

Dated: 12-6-05

COOLEY GODWARD LLP

By: _____
Patrick P. Gunn
Attorneys for Defendant CAROLYN CLINE, M.D.

Dated: 12-6-05

SWANSON & McNAMARA LLP

By: _____
Edward Swanson
Attorneys for Defendant PHILIP TORRE

[PROPOSED] ORDER

Based on the foregoing, IT IS ORDERED that the Case Management Conference in this matter set for January 9, 2005 is hereby continued to January 20, 2006 at 1:30 p.m.

By: _____Jeffrey S. White_____
United States District Court Judge

Dated: December 6, 2005

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

963818 v1/SF                    2.                    STIP. AND [PROPOSED] ORDER
                                                              No. C 05 3619

12/06/2005 TUE 11:14 [TX/RX NO 8030] 003