Edward W. Swanson SBN 159859
SWANSON, MCNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for PHILIP A. TORRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN J. CLINE, M.D., Ph. D, | **Case No. CV 05-03619 JSW** |
| Plaintiff, | |
| vs. | **JOINT STATUS STATEMENT** |
| PHILIP A. TORRE, | |
| Defendant. | |

A Case Management Conference in the above-captioned matter is scheduled for Friday, March 3, 2006 at 1:30 p.m. The parties have executed a settlement agreement which parties anticipate will result in the dismissal of the action pending before the court. As a condition of the dismissal, defendant Philip A. Torre is required to make a payment to plaintiff Carolyn J. Cline. The parties are jointly asking that the Case Management Conference scheduled for Friday, March 3, 2006 be continued for two weeks to March 17th at 1:30 p.m. to allow time for the payment to be made and the dismissal to be filed. If the dismissal has not been filed by that time, the parties will appear for further proceedings in the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Therefore, the parties jointly request that the Case Management Conference be rescheduled to

2    Friday, March 17, 2006 at 1:30 p.m.

3

4

5    Date:  March 1, 2006

6                                                          /s/
     Edward W. Swanson
7                                                    Swanson & McNamara LLP
     Attorneys for PHILIP A. TORRE

8
     Date:  March 1, 2006
9

10                                                         /s/
     Patrick P. Gunn
11                                                   Cooley Godward LLP
     Attorneys for CAROLYN CLINE

12

13

14

15

16

17   Dated:  March 2, 2006

18

19

20

21

22

23

24

25

26

27

28

2