COOLEY GODWARD LLP
PATRICK P. GUNN (172258) (pgunn@cooley.com)
THOMAS A. BATES (235878) (tbates@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
Carolyn J. Cline, M.D., Ph.D.

SWANSON MCNAMARA & HALLER LLP
Edward W. Swanson (159859) (eswanson@smhlegal.com)
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant
Philip A. Torre

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN J. CLINE, M.D., Ph.D.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP A. TORRE,<br><br>　　　　Defendant. | Case No. CV 05-03619<br><br>**JOINT STATUS STATEMENT** |

A Case Management Conference in the above-captioned matter is scheduled for Friday, March 17, 2006 at 1:30 p.m. The parties have executed a settlement agreement which parties anticipate will result in the dismissal of the action pending before the court. As a condition of the dismissal, defendant Philip A. Torre is required to make a payment to plaintiff Carolyn J. Cline Such payment has been delivered in the form of a check, and, upon clearance of the check, a

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

987217 v1/SF

1.

JOINT STATUS STATEMENT
CASE NO. 05-03619

1  dismissal will be filed. It is anticipated that the check will clear and a dismissal will be filed in a
2  matter of days.

3  The parties are jointly asking that the Case Management Conference scheduled for Friday,
4  March 17, 2006 be continued for one week to March 24, 2006 at 1:30 p.m. to allow time for the
5  payment to clear and the dismissal to be filed. If the dismissal has not been filed by that time, the
6  parties will appear for further proceedings in the case.

7  Therefore, the parties jointly request that the Case Management Conference be
8  rescheduled to Friday, March 24, 2006 at 1:30 p.m.

9  Dated: March 15, 2006

COOLEY GODWARD LLP
PATRICK P. GUNN (172258)

_____/s/_____
Patrick P. Gunn (172258)
Attorneys for Plaintiff
Carolyn J. Cline, M.D., Ph.D.

Dated: March 15, 2006

SWANSON MCNAMARA & HALLER LLP
EDWARD W. SWANSON (159859)

_____/s/_____
Edward W. Swanson (159859)
Attorneys for Defendant
Philip A. Torre

Dated: March 16, 2006

IT IS SO ORDERED
*Jeffrey S. White*
Judge Jeffrey S. White

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

987217 v1/SF

2.

JOINT STATUS STATEMENT
CASE NO. 05-03619