1  COOLEY GODWARD LLP
   PATRICK P. GUNN (172258) (pgunn@cooley.com)
2  THOMAS A. BATES (235878) (tbates@cooley.com)
   101 California Street
3  5th Floor
   San Francisco, CA 94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   Attorneys for Plaintiff
6  Carolyn J. Cline, M.D., Ph.D.

7  SWANSON MCNAMARA & HALLER LLP
   Edward W. Swanson (159859) (eswanson@smhlegal.com)
8  300 Montgomery Street
   Suite 1100
9  San Francisco, CA 94104
   Telephone:    (415) 477-3800
10 Facsimile:    (415) 477-9010

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | CAROLYN J. CLINE, M.D., Ph.D.     | Case No. CV 05-03619
17 |             Plaintiff,            | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
18 |     v.                            |
19 | PHILIP A. TORRE,                  |
20 |             Defendant.            |

21

22         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY

23 STIPULATED AND AGREED by and between Plaintiff Carolyn J. Cline, M.D., Ph.D. ("Cline")

24 and Defendant Philip A. Torre, as an individual and as Trustee of the Ardita Torre Trust

25 ("Torre"), through their respective counsel of record, as follows:

26     **1.**    All claims in Cline's Complaint against Torre are hereby dismissed;

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

977304 v2/SF                            1.              **STIPULATION AND [PROPOSED] ORDER**
                                                        **CASE NO. 05-03619**

**2.** Cline and Torre shall bear their own costs and attorneys' fees in connection with the prosecution and defense of the above-referenced claims.

Dated: March 16, 2006

        COOLEY GODWARD LLP
        PATRICK P. GUNN (172258)

        /s/
        Patrick P. Gunn (172258)
        Attorneys for Plaintiff
        Carolyn J. Cline, M.D., Ph.D.

Dated: March 16, 2006

        SWANSON MCNAMARA & HALLER LLP
        EDWARD W. SWANSON (159859)

        /s/
        Edward W. Swanson (159859)
        Attorneys for Defendant
        Philip A. Torre

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 17, 2006

_____
The Honorable Jeffrey S. White
United States District Judge